UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VASQUEZ,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>M. SERRATO, *et al.*,<br><br>　　　　　　Defendants | Case No. 2:23-cv-09799-FLA (AGR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Second Amended Complaint, records on file, the Report and Recommendation dated June 2, 2025 ("Report"), and the response to the Report received from Plaintiff.

　　　Plaintiff states he "read the court's order of June 2, 2025 [a]nd has no opposition to the court[']s order." Dkt. 58 at 2. He agrees to defense counsel's request that he dismiss Sergeant Anderson as a defendant, but "would like to get an answer from the remaining Defendants." *Id.* It is not entirely clear from the letter whether Plaintiff intends to file a Third Amended Complaint.

　　　The court accepts the findings and recommendation in the Report.

/ / /

IT THEREFORE IS ORDERED:

1. Defendants' partial motion to dismiss the Second Amended Complaint is GRANTED as follows: (a) the claims under state law are dismissed without leave to amend; and (b) the claims under Title II of the Americans with Disabilities Act are dismissed with leave to amend.

2. If Plaintiff does not file a Third Amended Complaint within 30 days after this Order, Defendants in their individual capacity shall file an answer to the claims for violation of the Eighth Amendment under 42 U.S.C. § 1983, within 21 days after the time for Plaintiff to file a Third Amended Complaint has lapsed.[1]

3. If Plaintiff chooses to file a Third Amended Complaint, it must be filed within 30 days after entry of this Order, be labeled "Third Amended Complaint" with the case number assigned to this case, and contain all federal claims Plaintiff seeks to assert against Defendants in their individual capacities.[2]

This matter is referred to the Magistrate Judge for further proceedings.

Dated: August 18, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Plaintiff and Defendants may prepare a stipulation and proposed order dismissing Defendant Sergeant Anderson from this action.

[2] All official capacity claims against the Defendants, and all claims against Acting Warden L. Lundy, Captain Phelan, and Lieutenant Palomino were dismissed without leave to amend. (Order dated September 20, 2024 (Dkt. No. 16); Order dated April 12, 2024 (Dkt. No. 11).)